**No. 57889.**—The Providence Import Co. et al. *v.* United States, protests 175061–K, etc. (Baltimore).

Opinion by RAO, J. It was stipulated that the merchandise is composed of rush and is not of grass nor of rice straw; that merchandise of like character is now being assessed at 20 percent under said paragraph 1021, as modified, *supra*; and that the termination of the said General Agreement on Tariffs and Trade with respect to concessions therein initially negotiated with China (T. D. 52587), insofar as said paragraph 1021 is concerned, related only to floor coverings of grass or of rice straw. Upon the agreed statement of facts, the claim of the plaintiffs was sustained.

**No. 57890.**—Trans Ocean Import Co., Inc. *v.* United States, protest 178095–K/14050 (New Orleans).

Opinion by RAO, J. It was stipulated that the merchandise is composed of rush and is not of grass nor of rice straw; that merchandise of like character is now being assessed at 20 percent under said paragraph 1201, as modified, *supra*; and that the termination of the said General Agreement on Tariffs and Trade with respect to concessions therein initially negotiated with China (T. D. 52587), insofar as said paragraph 1021 is concerned, related only to floor coverings of grass or of rice straw. Upon the agreed statement of facts, the claim of the plaintiff was sustained.

**No. 57891.**—Peterson Export Corp. *v.* United States, protest 178480–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper napkins the same in all material respects as those the subject of Abstract 56835, the claim of the plaintiff was sustained.

**No. 57892.**—H. P. Lambert Co., Inc., of La. *v.* United States, protest 136932–K/12956 (New Orleans).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.